FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JAN 30 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EZZARD CHARLES ELLIS, | No.   16-56188 |
| Petitioner-Appellant, | D.C. No. 5:05-cv-00520-SJO-JEM Central District of California, Riverside |
| v. | |
| C. M. HARRISON, Warden, | |
| Respondent-Appellee. | **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.  The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.